THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Alvin Jermaine Green, Appellant.
 
 
 

Appeal From Clarendon County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2005-UP-223
Heard December 7, 2004  Filed March 31, 2005

AFFIRMED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant. 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General W. Rutledge Martin, all of Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent. 
 
 

 PER CURIAM: Alvin J. Green appeals his convictions for criminal sexual conduct (CSC) with a minor in the first degree and CSC with a minor in the second degree. On appeal, he contends the trial court lacked subject matter jurisdiction over both offenses.
We affirm pursuant to Rule 220(b)(2), SCACR, and the following authorities:  State v. Benton, 338 S.C. 151, 156, 526 S.E.2d 228, 231 (2000) (stating issue not preserved if party argues one ground for objection at trial and a different ground on appeal); State v. Gentry, Op. No. 25949 (S.C. Sup. Ct. filed March 7, 2005) (Shearouse Adv. Sh. No. 11 at 37) (holding circuit courts have subject matter jurisdiction to try criminal matters and questions of the insufficiency of an indictment not affecting the subject matter jurisdiction of the trial court may not be raised for the first time on appeal).  
 AFFIRMED.
 ANDERSON, STILWELL, and SHORT, JJ., concur.